1  Todd M. Friedman (SBN 216752)
   LAW OFFICES OF TODD M. FRIEDMAN, P.C.
2  21550 Oxnard St. Suite 780,
3  Woodland Hills, CA 91367
   Phone: 877-206-4741
4  Fax: 866-633-0228
5  tfriedman@toddflaw.com
6  *Attorney for Plaintiff*

7                   UNITED STATES DISTRICT COURT
8                   CENTRAL DISTRICT OF CALIFORNIA

9                                     Case No.
10                                    )
    **SYLVIA L. LARY**                )  **5:20-cv-01913-SB-SHK**
11  **Plaintiff,**                    )
                                      )
12  vs.                               ) **NOTICE OF VOLUNTARY**
                                      ) **DISMISSAL OF ACTION WITH**
13  **R.M. GALICIA, INC. dba**        ) **PREJUDICE.**
14  **PROGRESSIVE MANAGEMENT**        )
    **SYSTEMS**                       )
15                                    )
    **Defendant**                     )
16                                    )
                                      )
17  _____)

18       NOW COMES THE PLAINTIFF by and through their attorneys to
19  respectfully move this Honorable Court to dismiss this matter with prejudice
20  pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  No Defendant has
21  filed either an answer or a motion for summary judgment at this time, and no
22  Court order is necessary pursuant to the Fed. R. Civ. P.
23  Respectfully submitted this 4th Day of January, 2021,
24
25
26                                    By: /s/Adrian R. Bacon
                                          Adrian R. Bacon, ESQ.
27
28

Notice of Dismissal - 1

## CERTIFICATE OF SERVICE

Filed electronically on January 4, 2021 with:

United States District Court CM/ECF system

Notification sent electronically on January 4, 2021, to:

To the Honorable Court, all parties and their Counsel of Record

                                          By: /s/Adrian R. Bacon
                                              Adrian R. Bacon, ESQ.